UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:16-CV-1383-J-25JRK

COCONUT ISLAND, LLC,

      Plaintiff,

v.

AMERICAN ECONOMY
INSURANCE COMPANY,

      Defendant.
_____/

# NOTICE OF SETTLEMENT

      Plaintiff, COCONUT ISLAND, LLC, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendant, AMERICAN ECONOMY INSURANCE COMPANY, in the above referenced matter.  To that end, the parties are finalizing the terms of the resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

[CONTINUED ON NEXT PAGE]

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing was electronically filed and served this 23RD day of April, 2018 to the Clerk of Middle District and Hudson Jones, Esq. and J. Pablo Caceres, Esq., pcaceres@butler.legal and hjones@butler.legal .

By: */s Thomas J. Morgan, Jr., Esquire*
Thomas J. Morgan, Jr, Esquire
FL Bar No.: 127612
Daniel Frank Lopez, Esquire
Fla. Bar No. 93786
**MORGAN LAW GROUP**
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
Phone: (305) 569-9900
Fax    : (305) 443-6828
Eservice: mlg.eservice@yahoo.com
Bgarcia@morganlawgroup.net
dlopez@morganlawgroup.net

/ks

## SERVICE LIST

Thomas J. Morgan, Jr, Esquire
FL Bar No.: 127612
Daniel Frank Lopez, Esquire
Fla. Bar No. 93786
**MORGAN LAW GROUP**
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
Phone: (305) 569-9900
Fax     : (305) 443-6828
Eservice: mlg.eservice@yahoo.com
Bgarcia@morganlawgroup.net
dlopez@morganlawgroup.net
Attorneys for Coconut Island, LLC

J. PABLO CÁCERES, ESQ.
Florida Bar No.: 131229
pcaceres@butler.legal
HUDSON JONES, ESQ.
Florida Bar No.: 44290
hjones@butler.legal
Secondary: eservice@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for American Economy Insurance Company